# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,** Plaintiff, | CIVIL ACTION |
| v. | |
| **B-R PENN REALTY OWNER, LP.,** Defendant. | NO. 21-0502 |

## ORDER

**AND NOW**, this 29th day of April, 2021, upon consideration of the Plaintiff's Motion to Appoint a Receiver (ECF 2), Defendant's Response thereto (ECF 8), and Plaintiff's Reply (ECF 12), **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**