IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, Plaintiff, | CIVIL ACTION |
| v. | |
| B-R PENN REALTY OWNER, LP., Defendant. | NO. 21-0502 |

## ORDER

**AND NOW**, this 1st day of July, 2021, upon consideration of Plaintiff's Motion to Dismiss for Failure to State a Claim (ECF 13), Defendant's Response thereto (ECF 20), and Plaintiff's Reply (ECF 21), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Defendant's counterclaims are **DISMISSED.**

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**