IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>Plaintiff,<br><br>v.<br><br>B-R PENN REALTY OWNER, LP.,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 21-0502 |

**O R D E R**

**AND NOW**, this 2d day of March, 2023, following a bench trial and upon consideration of Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF No. 53), Defendant's Proposed Findings and Fact and Conclusions of Law (ECF No. 54), and Plaintiff's Reply (ECF No. 55) and Defendant's Sur-Reply (ECF No. 57) thereto, **IT IS ORDERED** that:

1. Judgment is entered in favor of Plaintiff U.S. Bank National Association and against Defendant B-R Penn Realty Owner, LP in an amount to be determined after Plaintiff submits a revised damages calculation.

2. Plaintiff **SHALL SUBMIT** a revised damages calculation, calculated from the date of Defendant's October 2020 breach and updated to include interest and fees accrued as of the date of this Order.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**