IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,** <br> Plaintiff, | **CIVIL ACTION** |
| v. | |
| **B-R PENN REALTY OWNER, LP.,** <br> Defendant. | **NO. 21-0502** |

## O R D E R

**AND NOW**, this 27th day of June, 2023, following a bench trial and upon consideration of Plaintiff's Proposed Findings of Fact and Conclusions of Law (ECF Nos. 53 & 55), Defendant's Proposed Findings of Fact and Conclusions of Law (ECF Nos. 54 & 57), Plaintiff's Updated Damages Calculation (ECF No. 69), and Defendant's Objections in Response thereto (ECF No. 71), **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff U.S. Bank National Association and against Defendant B-R Penn Realty Owner L.P. in the amount of **$51,392,086.96**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**