# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION,**<br>Plaintiff, | CIVIL ACTION |
| v. | |
| **B-R PENN REALTY OWNER, LP.,**<br>Defendant. | NO. 21-0502 |

## O R D E R

**AND NOW**, this 16th day of January 2024, upon consideration of Defendant B-R Penn Realty Owner, LP's Motion to Quash the Writ of Execution and Adjourn Sale (ECF No. 96), Plaintiff U.S. Bank National Association's Memorandum of Law in Opposition (ECF No. 99), and a hearing on the matter, Defendant's Motion is hereby **DENIED**.

**BY THE COURT:**

/S/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**