**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. Bank National Association | 2:21-cv-502 WB |
| DEFENDANT | TYPE OF PROCESS |
| V-R Penn Realty Owner LP | Sale of Real Property |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
640 N. Broad St. Philadelphia PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Raymond A. Quaglia, Esq.
Ballard Spahr LLP
1735 Market St.
Phila., PA 19103

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

215-864-8530

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk | Date 1/22/24 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 1/22/2024 | Time 10:00 | ☒ am ☐ pm |
|---|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee 2 Deputies × 1 HR × 65.00/hr = 130.00 | Total Mileage Charges (including endeavors) | Commission Forwarding Fee 50,000.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) 50,000 + 130.00 = 50,130. |
|---|---|---|---|---|---|

**REMARKS**

Commission: 3% of first $1,000.00 = $30.00 +
1.5% of Balance = $42,999,000 × 1.5% = $644,985.00

$644,985.00 + 30.00 = $645,015

Maximum Commission allowed = $50,000.00

Service Fee - Sale = 2 Deputies × 1 Hr. × $65.00/hr = $130.00

Total $50,130.00

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 2:21-cv-00502-WB

I, _David Sprague_, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

_640 N. Broad St. Phila PA_.

The public sale was held on _1/22/2024_

and the highest bidder was _640 North Broad Street Holdings, LLC_

who bid the amount of $_43,000,000.00_.

**Deputy U.S. Marshal**
**United States Marshals Service**
**Eastern District of Pennsylvania**
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273



**U.S. Department of Justice**

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia PA 19106

*Highest Bidder*
*43,000,000.00*

## BIDDER'S REGISTRATION FORM

NAME: Raymond A. Quaglia, Esq.
Ballard Spahr LLP

ADDRESS: 1735 Market St.
Phila., PA 19103
Attorney on Writ

PHONE (DAY): 215-864-8530

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

640 North Broad Street Holdings, LLC, a Maryland limited liability company

The above is precisely how the name(s) are to appear in the deed



Second Highest Bidder
42,050,000.00

**U.S. Department of Justice**

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia P.A 19106

## BIDDER'S REGISTRATION FORM

NAME: Reuven Salman

ADDRESS: 35 Journal Square
Jersey City N.J 07306

PHONE (DAY): 646-932-6077

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

The above is precisely how the name(s) are to appear in the deed